# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

In re: JOHN C. EASTMAN     No. 26-805

---

# ENTRY OF APPEARANCE

---

The undersigned hereby enters his appearance in this matter, *pro se*.

July 2, 2026                              Respectfully submitted,

                                          /s/ *John C. Eastman*
                                          John C. Eastman