# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

In re: JOHN C. EASTMAN                                              No. 26-805

## STATUS REPORT

Pursuant to this Court's Order of June 5, 2026, the undersigned files this written report advising the Court of the status of his forthcoming petition for writ of certiorari challenging the disbarment decision of the California Supreme Court.

Counsel for the undersigned sought and obtained a 60-day extension for the filing of the petition for writ of certiorari. The petition is now due September 12, 2026.

July 2, 2026                                              Respectfully submitted,

/s/ *John C. Eastman*
John C. Eastman