**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

In re: JOHN C. EASTMAN No. 26-805

---

**STATUS REPORT**

---

Pursuant to this Court's Order of July 10, 2026, the undersigned files this written report advising the Court of the status of his petition for writ of certiorari challenging the disbarment decision of the California Supreme Court.

The petition for writ of certiorari was filed with the Supreme Court of the United States on September 11, 2026, and docketed on September 14, 2026. *John C. Eastman v. State Bar of California*, No. 26-366.

September 14, 2026

Respectfully submitted,

/s/ *John C. Eastman*
John C. Eastman